Entered: June 25, 2014
Signed: June 25, 2014
**SO ORDERED**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ARK OF SAFETY CHRISTIAN CHURCH, INC. | : | Case No. 12-20587PM |
| | : | Chapter 11 |
| Debtor | : | |
| ARK OF SAFETY CHRISTIAN CHURCH, INC. | : | |
| | : | |
| Movant | : | |
| vs. | : | |
| RREF II SB ACQUISITIONS, LLC | : | |
| | : | |
| Respondent | : | |

### ORDER OVERRULING OBJECTION TO PROOF OF CLAIM
### WITHOUT PREJUDICE

Upon consideration of the Debtor's Objection to Claim Number 1 Filed by RREF II SB Acquisitions, LLC, and the Response thereto, and the court finding that no hearing is necessary, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Objection is OVERRULED without prejudice to renewal following the ratification of the sale.

cc: Debtor
Debtor's Counsel
RREF II SB Acquisitions, LLC
RREF II SB Acquisitions, LLC's Counsel
United States Trustee

**End of Order**